Decided January 16, 1992

GEORGE A. OLSON ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF PLAINVILLE ET AL.

The petition of the plaintiffs William Pietrowicz, Gladys Pietrowicz, Tilcon Tomasso, Inc., Nelson A.

Granger and Jeanette M. Granger for certification for appeal from the Appellate Court is dismissed.

*Wesley W. Horton* and *James H. Throwe,* in support of the petition.

*Allen J. Segal* and *Peter J. Zagorsky,* in opposition.

Decided January 24, 1992